# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**DERRICK SIDDALL**                                                                        **PETITIONER**

**v.**                                                                                                  **No. 2:10CV81-B-D**

**LAWRENCE KELLY, ET AL., ET AL.**                                             **RESPONDENTS**

## FINAL JUDGMENT
## ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report

and Recommendation of the United States Magistrate Judge dated April 18, 2011, was on that

date duly served by mail upon the *pro se* petitioner at his last known address; that more than ten

days have elapsed since service of the Report and Recommendation; and that no objection to the

Report and Recommendation has been filed or served by any party.  The court is of the opinion

that the magistrate judge's Report and Recommendation should be approved and adopted as the

opinion of the court.  It is, therefore, **ORDERED**:

1.      That the Report and Recommendation of the United States Magistrate Judge dated

April 18, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.      That the instant petition for a writ of *habeas corpus* is **DISMISSED** with

prejudice for failure to exhaust state remedies.

3.      That this case is **CLOSED**.

THIS, the 5th day of July 2011.

/s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE